1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL THOMAS DE'ARMOND, JR.,          No.  2:19-cv-2353 KJN P

12                  Plaintiff,

13        v.

14   J. WHITE,                               ORDER

15                  Defendant.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983.  Plaintiff has not paid the filing fee or submitted a request to proceed in forma

19   pauperis.  In his complaint, plaintiff alleges violations of his civil rights by defendant.  The

20   alleged violations took place in Kern County, which is part of the Fresno Division of the United

21   States District Court for the Eastern District of California.  See Local Rule 120(d).

22        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23   division of a court may, on the court's own motion, be transferred to the proper division of the

24   court.  Therefore, this action will be transferred to the Fresno Division of the court.

25        Good cause appearing, IT IS HEREBY ORDERED that:

26        1.  This action is transferred to the United States District Court for the Eastern District of

27   California sitting in Fresno; and

28   ////

                                                1

1        2.  All future filings shall reference the new Fresno case number assigned and shall be

2 filed at:

3                 United States District Court
                Eastern District of California
                2500 Tulare Street

4                 Fresno, CA 93721

5

6 Dated:  December 4, 2019

7

8                                 KENDALL J. NEWMAN
                                UNITED STATES MAGISTRATE JUDGE

9 dear2353.22

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28